# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

Cynthia Vest,
On behalf of herself and
all others similarly situated,
        Plaintiffs,

v.

Cracker Barrel Old Country Store, Inc.,
        Defendant.

Case No.: 4:18-CV-00262

## NOTICE OF REMOVAL

In accordance with 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Cracker Barrel Old Country Store, Inc., by and through counsel, gives notice that the civil action pending in the Circuit Court of Jackson County, Missouri, at Independence, numbered 1816-CV04150, is removed to this Court. In support of this Notice, Defendant states the following:

    1.    On February 19, 2018, Plaintiff Cynthia Vest filed a civil complaint (the "Petition") in the Circuit Court of Jackson County. Plaintiff served Defendant with a copy of the Petition on March 6, 2018. A copy of all process, pleadings, and orders, including the Petition, are attached as Exhibit A.

    2.    In the Petition, Plaintiff alleged that Defendant denied her and similarly situated individuals certain minimum wages and overtime in violation of the Fair Labor Standards Act (FLSA), 29 U.S.C. § 201−219. *See* Pet. ¶ 2.

    3.    Plaintiff's claim arises under federal law. This Court therefore has original jurisdiction over that claim. *See* 28 U.S.C. §§ 1331, 1441.

    4.    Plaintiff also asserted a state-law wage-and-hour claim and an unjust-enrichment claim. Pet. ¶¶ 46–52, 53–57. Plaintiff based these claims on the same alleged facts on which she

based her FLSA claim. *See* Pet. ¶¶ 46, 53 (incorporating factual allegations supporting FLSA claim into state-law claims). Plaintiff's state-law claims therefore share a common nucleus of operative facts with her FLSA claim. *See, e.g.*, *OnePoint Sols., LLC v. Borchert*, 486 F.3d 342, 350 (8th Cir. 2007) (stating that claims share a common nucleus of operative facts when one would expect them to be tried in a single proceeding).

5. Because Plaintiff's state-law claims share a common nucleus of operative facts with her federal-law claim, this Court has supplemental jurisdiction over Plaintiff's state-law claims. *See* 28 U.S.C. § 1367(a); *United Mine Workers v. Gibbs*, 383 U.S. 715, 725 (1966).

6. No grounds exist for declining supplemental jurisdiction under 28 U.S.C. § 1367(c). Plaintiff's claims do not involve any novel or complex issue of state law. Her state-law claims do not predominate over her FLSA claim; indeed, all her claims share a common set of factual allegations. Nor do any exceptional circumstances exist that would justify declining jurisdiction. *See, e.g.*, *Davidson v. City of Grain Valley*, No. 12-1241-CV-W-DW, 2013 WL 12145864, at *2 (W.D. Mo. July 12, 2013) (exercising supplemental jurisdiction over plaintiff's state-law claims for discrimination, failure to compensate, breach of contract, and quantum meruit because they shared a common nucleus of operative facts with her FLSA claim).

7. Venue is properly placed in the United States District Court for the Western District of Missouri, Western Division, because it is the district court for the district and division within which the state action is pending in accordance with 28 U.S.C. § 1446(a).

8. Defendant's Notice of Removal has been filed within 30 days of service of the Petition. It is therefore timely. *See* 28 U.S.C. § 1446.

9. Copies of this Notice of Removal, as well as a Notice of Filing of Notice of Removal, have been mailed to Plaintiff's counsel and are being filed with the clerk of the Circuit Court of Jackson County.

10. In accordance with 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served on Defendant have been filed with this Notice.

Based on the above, Defendant removes this action to the United States District Court for the Western District of Missouri.

Respectfully submitted this 5th day of April, 2018.

**CONSTANGY, BROOKS, SMITH & PROPHETE LLP**

By: /s/ Heather M. Lake
    Heather M. Lake, MO Bar No. 53169
    2600 Grand Boulevard, Suite 750
    Kansas City, Missouri 64108-4600
    Telephone: (816) 472-6400
    Facsimile: (816) 472-6401
    Email: hlake@constangy.com

ATTORNEY FOR DEFENDANT

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on the 5th day of April, 2018, a true and correct copy of the above and foregoing NOTICE OF REMOVAL was served via the Court's electronic case filing system, and via U.S. Mail, on the following:

Eric L. Dirks
John F. Doyle
Williams Dirks Dameron LLC
1100 Main Street, Suite 2600p
Kansas City, MO 64105
Telephone: 816-945-7110
Facsimile: 816-945-7118
Email: dirks@williamsdirks.com
Email: jdoyle@williamsdirks.com

Michael Hodgson
The Hodgson Law Firm, LLC
3699 SW Pryor Rd.
Lee's Summit, MO 64082
Telephone: 816-600-0117
Facsimile: 816-600-0137
Email: mike@thehodgsonlawfirm.com

Gina Chiala
Heartland Center for Jobs and Freedom, Inc.
4047 Central Street
Kansas City, MO 64111
Telephone: 816-278-1092
Email: ginachiala@jobsandfreedom.org

ATTORNEYS FOR PLAINTIFF AND THE PUTATIVE CLASS

/s/ Heather M. Lake
ATTORNEY FOR DEFENDANT