IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| CYNTHIA VEST,<br>o/b/o herself and all others<br>similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>CRACKER BARREL OLD<br>COUNTRY STORE, INC.,<br><br>    Defendant. | Case No. 18-00262-CV-W-ODS |

## ORDER DISMISSING PLAINTIFFS' CLAIMS WITH PREJUDICE

On November 27, 2018, the parties filed a Stipulation of Dismissal With Prejudice. Doc. #28. Pursuant to the parties' stipulation and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the case is dismissed with prejudice with each party to bear her or its own costs.

IT IS SO ORDERED.

DATE: November 29, 2018

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
UNITED STATES DISTRICT COURT